JOSEPH W. DAVIES v. CHARLES W. JOHNSON.[1]

November 2, 1906.

Nos. 14,937—(47).

Appeal by defendant from an order of the district court for Blue Earth county, Lorin Cray, J., denying a motion for a new trial. Affirmed.

*Thomas Hughes*, for appellant.

*S. B. Wilson*, for respondent.

PER CURIAM.

This appeal involves the correctness of an order denying an application for a continuance. The matter was discretionary, and, as there was no abuse of discretion, the order from which the appeal was taken is affirmed.

---

AMERICAN HARDWOOD LUMBER COMPANY v. JOANNIN-HANSEN COMPANY.[2]

November 2, 1906.

Nos. 14,943—(90).

PER CURIAM.

The facts in this case, in all essential respects, are the same as in American Hardwood Lumber Co. v. Joannin-Hansen Co., supra, p. 305, 109 N. W. 3, and the same conclusion is reached. The order appealed from is reversed, with directions as in that case.